1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EUGENE DALE COLIS,

          Plaintiff,

   v.

RONALD WATSON, et al.,

          Defendants.

1:23-cv-01578-NODJ-EPG (PC)

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS
(ECF No. 9)

and

ORDER DIRECTING PAYMENT
OF INMATE FILING FEE BY THE
TUOLUMNE COUNTY SHERIFF

      Plaintiff Eugene Colis is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 (ECF No. 1) and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 9). Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to Plaintiff's trust account. The Tuolumne County Sheriff is required to send to the Clerk of the Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

      Accordingly, IT IS ORDERED that:

        1.  Plaintiff's application to proceed in forma pauperis is GRANTED;

1

1   **2.  The Tuolumne County Sheriff or his designee shall collect payments from**

2   **Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the**

3   **preceding month's income credited to the prisoner's trust account and shall forward**

4   **those payments to the Clerk of the Court each time the amount in the account**

5   **exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has**

6   **been collected and forwarded to the Clerk of the Court. The payments shall be**

7   **clearly identified by the name and number assigned to this action.**

8   3.   The Clerk of the Court is directed to serve a copy of this order and a copy of

9   Plaintiff's in forma pauperis application on the Tuolumne County Sheriff located at 19215

10  Justice Center Drive Sonora, CA 95370.

11  4.   The Clerk of the Court is directed to serve a copy of this order on the Financial

12  Department, U.S. District Court, Eastern District of California, Sacramento Division.

13  IT IS SO ORDERED.

14

15  Dated:   __December 10, 2023__            /s/ *Erica P. Grosjean*
16                                            UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28